**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | No. CR92-340-PHX-~~RCB~~ |
| vs. ) | **ORDER** |
| Rubiel Cesar Narvaez-Perez, ) | |
| Defendant. ) | |

In the interest of judicial economy,

**IT IS ORDERED** that this case be REASSIGNED to the Honorable Frank R. Zapata and referring this case to Magistrate Judge Glenda E. Edmonds, in conjunction with defendant's new charges pending in CR10-1762-TUC-FRZ-GEE.

Pursuant to LR Crim 5.1(a)(2)(C) Rules of Practice, all future pleadings must carry the following case number and court designation: No. CR 92-340-~~PHX-FRZ-GEE~~

**IT IS FURTHER ORDERED** the U.S. Marshal shall have the defendant scheduled for an Initial Appearance in Tucson on the Supervised Release Warrant issued in the above-case number.

DATED this 29 day of December, 2010.

Robert C. Broomfield
Senior United States District Judge

cc: US Marshal's Office (original warrant delivered separately)